B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Connecticut | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**H. Krevit and Company, Incorporated** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**06-0418460** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**67 Welton Street**<br>**New Haven, CT**<br>ZIP Code **06511** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Haven** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 9433**<br>**New Haven, CT**<br>ZIP Code **06534** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **H. Krevit and Company, Incorporated** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>  Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) <span style="float:right">Page 3</span>

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**H. Krevit and Company, Incorporated**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

#### Signature of Attorney*

**X /s/ Barry S. Feigenbaum**

Signature of Attorney for Debtor(s)

**Barry S. Feigenbaum CT-06605**

Printed Name of Attorney for Debtor(s)

**Rogin Nassau LLC**

Firm Name

**CityPlace I, 22nd Floor**
**185 Asylum Street**
**Hartford, CT 06103-3460**

Address

**Email: bfeigenbaum@roginlaw.com**
**860-278-7480  Fax: 860-278-2179**

Telephone Number

**November 19, 2015**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Thomas S. Ross**

Signature of Authorized Individual

**Thomas S. Ross**

Printed Name of Authorized Individual

**President**

Title of Authorized Individual

**November 19, 2015**

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **H. Krevit and Company, Incorporated**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Olin Corporation Bank of America Bx 402766 6000 Feldwood Rd. Atlanta, GA 30349 | Judy Bigelow Olin Corporation c/o Bank of America Bx 402766 6000 Feldwood Rd. Atlanta, GA 30349 423-336-4569 jfbigelow@olin.com | Trade debt | | 1,337,955.66 |
| K.A. Steel Chemicals 62860 Collection Center Drive Chicago, IL 60693-0628 | Rob Thral K.A. Steel Chemicals 62860 Collection Center Drive Chicago, IL 60693-0628 800-677-8335 customerservice@kasteelchemicals.com | Trade Debt | | 755,529.50 |
| Macarthur Mortgage & Invest. Co. 22 Hilltop Drive Madison, CT 06443 | John McArthur Macarthur Mortgage & Invest. Co. 22 Hilltop Drive Madison, CT 06443 | Professional Services | | 186,633.00 |
| Chemical Interchange Attn: Katie Eagen 2932 South Brentwood Blvd St. Louis, MO 63144 | Katie Eagen Chemical Interchange 2932 South Brentwood Blvd St. Louis, MO 63144 800-325-3980 kee@chemicalinterchange.com | Trade Debt | | 159,441.30 |
| Marcum LLP 555 Long Wharf Drive, 12th FL New Haven, CT 06511 | Matthias Strilbyckij Marcum LLP 555 Long Wharf Drive, 12th FL New Haven, CT 06511 203-781-9740 Matthias.strilbyckij@marcumllp.com | Accounting Services | | 103,515.00 |
| Reagent Chemical PO Box 416228 Boston, MA 02241-6228 | Robert Schmidt Reagent Chemical PO Box 416228 Boston, MA 02241-6228 770-971-1896 rschmidt@reagentchemical.com | Trade Debt | | 99,072.58 |

B4 (Official Form 4) (12/07) - Cont.

In re    **H. Krevit and Company, Incorporated**                                    Case No.    _____
                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ryder - IL**<br>**P.O. Box 96723**<br>**Chicago, IL 60693-6723** | **Linda O'Sullivan**<br>**Ryder - IL**<br>**P.O. Box 96723**<br>**Chicago, IL 60693-6723**<br>**800-947-9337**<br>**linda_o'sullivan@ryder.com** | **Truck Leasing** | | **85,744.11** |
| **United Mineral & Chemical**<br>**1050 Wall Steet West, Ste 660**<br>**Lyndhurst, NJ 07071** | **Sal Morreale**<br>**United Mineral & Chemical**<br>**1050 Wall Steet West, Ste 660**<br>**Lyndhurst, NJ 07071**<br>**salbertini@umccorp.com** | **Trade Debt** | | **81,464.39** |
| **Chemours Company FC, LLC**<br>**PO Box 7247**<br>**Philadelphia, PA 19170-6520** | **Chemours Company FC, LLC**<br>**PO Box 7247**<br>**Philadelphia, PA 19170-6520**<br>**fps-nafion-fuelcells@chemours.com** | **Trade Debt** | | **76,552.56** |
| **United Illuminating Co. - 5835**<br>**PO Box 9230**<br>**Chelsea, MA 02150-9230** | **Ted Novicki**<br>**United Illuminating Co. - 5835**<br>**PO Box 9230**<br>**Chelsea, MA 02150-9230**<br>**203-499-2602**<br>**ted.novicki@uinet.com** | **Electricity** | | **69,365.67** |
| **Occidental Chemical Corporatio**<br>**5005 LBJ Freeway, 17th FL**<br>**Dallas, TX 75380** | **Marshall Schubert**<br>**Occidental Chemical Corporatio**<br>**5005 LBJ Freeway, 17th FL**<br>**Dallas, TX 75380**<br>**972-404-3361**<br>**marshall_schubert@oxy.com** | **Trade Debt** | | **67,169.12** |
| **GDF SUEZ Energy Resources NA**<br>**P.O. Box 9001025**<br>**Louisville, KY 40290-1025** | **John Abella**<br>**GDF SUEZ Energy Resources NA**<br>**P.O. Box 9001025**<br>**Louisville, KY 40290-1025**<br>**custserv@gdfsuezna.com** | **Trade Debt** | | **66,378.34** |
| **Transportation Local 443 Health Services & Ins. Plan**<br>**P.O. Box 1710**<br>**New Haven, CT 06507** | **Daniel Flanagan**<br>**Transportation Local 443 Health Services & Ins. Plan**<br>**P.O. Box 1710**<br>**New Haven, CT 06507**<br>**203-624-5185** | **Trade Debt** | | **62,066.24** |
| **N.E. Teamsters & Trucking Ind. Pension Fund**<br>**1 Wall St**<br>**Burlington, MA 01803-4768** | **Daniel Flanagan**<br>**N.E. Teamsters & Trucking Ind. Pension Fund**<br>**1 Wall St**<br>**Burlington, MA 01803-4768**<br>**203-624-5185** | **Pension** | | **52,639.52** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **H. Krevit and Company, Incorporated**                              Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Hamilton Connections**<br>**1602 Main St**<br>**East Hartford, CT 06108** | **Ryan Merkent**<br>**Hamilton Connections**<br>**1602 Main St**<br>**East Hartford, CT 06108**<br>**203-287-2870**<br>**ryan@hamiltonconnection.com** | **Temporary Labor** | | **50,980.86** |
| **Norfalco, Inc.**<br>**P.O. Box 636150**<br>**Cincinnati, OH 45263-6150** | **Karen Carere**<br>**Norfalco, Inc.**<br>**P.O. Box 636150**<br>**Cincinnati, OH 45263-6150**<br>**866-667-3255**<br>**karen.carere@glencore-ca.com** | **Trade Debt** | | **48,684.68** |
| **Morton Salt**<br>**123 North Wacker Drive**<br>**Chicago, IL 60606** | **E. Swanson**<br>**Morton Salt**<br>**123 North Wacker Drive**<br>**Chicago, IL 60606**<br>**630-861-2692**<br>**ewanson@mortonsalt.com** | **Trade Debt** | | **42,595.10** |
| **Hillside Plastics, LLC**<br>**Pete Haas**<br>**262 Millers Falls Road**<br>**Turners Falls, MA 01376** | **Pete Haas**<br>**Hillside Plastics, LLC**<br>**Pete Haas**<br>**262 Millers Falls Road**<br>**Turners Falls, MA 01376**<br>**capanell@hillsideplastics.com** | **Trade Debt** | | **40,703.04** |
| **Bohan & Bradstreet**<br>**741 Boston Post Rd**<br>**Suite 101**<br>**Guilford, CT 06437** | **Philip Pearlman**<br>**Bohan & Bradstreet**<br>**741 Boston Post Rd**<br>**Suite 101**<br>**Guilford, CT 06437**<br>**203-453-5535**<br>**php@bohan-bradstreet.com** | **Employment Agency** | | **35,381.25** |
| **CSXT N/A 119820**<br>**P.O. Box 640839**<br>**Pittsburgh, PA 15264** | **Linda Simon**<br>**CSXT N/A 119820**<br>**P.O. Box 640839**<br>**Pittsburgh, PA 15264**<br>**904-279-5223**<br>**linda_simon@csx.com** | **Rail Services** | | **33,810.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **H. Krevit and Company, Incorporated**                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____    Signature    **/s/ Thomas S. Ross**
                                                _____
                                                **Thomas S. Ross**
                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re   **H. Krevit and Company, Incorporated**     Case No. _____

Debtor(s)     Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 19, 2015** _____     **/s/ Thomas S. Ross** _____

**Thomas S. Ross**/President

Signer/Title

9271-7743 Quebec Inc
101 Marius Warnet
Blainville, QC J7C 5P


AB Container
21 Manning Road
Enfield, CT 06082


Airgas USA
P.O. BOX 802576
Chicago, IL 60680-2576


All State Fire Equipment,Inc.
P.O. Box 4370
Wallingford, CT 06492


American Packaging Capital
391 Diablo Rd. Suite C
Danville, CA 94526


Andreucci Trucking
77 Sackett Point Road
North Haven, CT 06473


Anthem Blue Cross - Me
PO Box 1168
Newark, NJ 07101-1168


Anthem Propane Exchange LLC
P.O. Box 1078
Highland Park, IL 60035


Astro Chemicals, INC.
126 Memorial Dr
PO Box 2248
Springfield, MA 01102-2248


Atlantic Star Trailers
405 Industrial Ave.
Cheshire, CT 06410

Bank of The West
2527 Camino Ramon
San Ramon, CA 94583


Barnick's Truck & Equipment
89 Stoddard Ave
PO Box 564
North Haven, CT 06473


BHS Marketing, LLC
PO Box 636809
Cincinatti, OH 45263-6809


Bohan & Bradstreet
741 Boston Post Rd
Suite 101
Guilford, CT 06437


Buckman's Inc. (AP)
105 Airport Road
Pottstown, PA 19464


Carolyn S DeChello
Secretary
2 Clearview Drive
Wallingford, CT 06492


Chemical Interchange
Attn: Katie Eagen
2932 South Brentwood Blvd
St. Louis, MO 63144


Chemours Company FC, LLC
PO Box 7247
Philadelphia, PA 19170-6520


Chlorine Institute, Inc.
1300 Wilson Blvd.
Arlington, VA 22209


City of New Haven
Collector Of Taxes
P.O. Box 1927
New Haven, CT 06509-1927

Climax Packaging Machinery,Inc
P.O. Box 18-097
Fairfield, OH 45018

Coburn Chemicals
12 Galloway Avenue
Suite 1 F
Cockeysville, MD 21030

Colony Hardware Supply
269 S. Lambert Road
Orange, CT 06477

Comcast - 2313133
PO Box 1577
Newark, NJ 07101-1577

Commonwealth of Massachusetts
PO Box 417103
Boston, MA 02241

CONNECTICUT DEPT OF ENERGY & E
ENVIRONMENTAL PROTECTION
ACCOUNTS RECEIVABLE
79 ELM STREET
HARTFORD, CT 06106

Connecticut Testing Labs
165 Gracey Ave.
Meriden, CT 06451

Continental Packaging Assoc.
Albert Azzari
1390 Adams Road
Bensalem, PA 19020

Creative Financial Staffing
PO Box 95111
Chicago, IL 60694-5111

Crystal Motors
PO Box 501
Wakefield, MA 01880

CSXT N/A 119820
P.O. Box 640839
Pittsburgh, PA 15264


CT DMV
PO Box 150444
Hartford, CT 06115


D & J Wood Recovery
1314 Townsend Avenue
New Haven, CT 06513


David Landsman
11289 Boca Woods Lane
Boca Raton, FL 33428


De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197


Demanko HLC Logistics
P.O. Box 908
Londonderry, NH 03053


Direct Capital Corporation
55 Commerce Way
Portsmouth, NH 03801


Diversified Pump
24 Commercial Drive
Brentwood, NH 03833


Donald DeChello
Vice President & Director
2 Clearview Drive
Wallingford, CT 06492

E B S
1840 Industrial Drive
Suite 200
Libertyville, IL 60048


East Coast Overhead Door
PO Box 585
Orange, CT 06477


Enhanced Capital Connecticut
Fund I, LLC
Elizabeth Karter, Manag. Dir.
1055 Washington Boulevard
Stamford, CT 06901


Enhanced Capital Partners, Inc
201 St. Charles Avenue
Suite 3700
New Orleans, LA 70170


Envision Capital Group
23422 Mill Creek Drive
Ste 200
Laguna Hills, CA 92653


Fastenal
PO Box 978
Winona, MN 55987-0978


Feldman Industries, Inc.
800 e Walk, Suite 181
Guilford, CT 06437


Fin-Mar Rubber & Plastics, Inc
102 Cabot Street
PO Box 307
Holyoke, MA 01041


First Niagara Bank
Gary Danis, First Vice Pres.
195 Church Street
New Haven, CT 06510


First Niagara Bank, N.A.
726 Exchange Street
Buffalo, NY 14210

Fleet Image
1015 Middletown Ave
Northford, CT 06472


Fleetmatics USA, LLC
P.O. Box 347472
Pittsburgh, PA 15251


GDF SUEZ Energy Resources NA
P.O. Box 9001025
Louisville, KY 40290-1025


Gilbert & Jones
35 Peter Court
New Britain, CT 06051


GO Chemical Trading, Inc.
60 Carnoustie Rd #966
Hilton Head, SC 29928


GreenChlor, Inc.
73 Welton St
New Haven, CT 06511


Gregory & Howe, Inc.
2 Corporate Dr.
Suite 645
Shelton, CT 06484


Hamilton Connections
1602 Main St
East Hartford, CT 06108


Hampshire Council of
Governments
99 Main Street
Northampton, MA 01060


Hillside Plastics, LLC
Pete Haas
262 Millers Falls Road
Turners Falls, MA 01376

Internal Revenue Service
135 High Street, SPF Office
Stop 115
Hartford, CT 06103


International Lease
Consultants, J.V.
P.O. Box 4467
Greenwich, CT 06831


IPFS Corporation
1055 Broadway 11th Floor
Kansas City, MO 64105


J J Kellers and Assoc.
P.O. Box 6609
Carol Stream, IL 60197-6609


J P Express
P.O. Box 819
Deer Park, NY 11729


Joseph A. Vitale
575 Highland Ave
Cheshire, CT 06410


K.A. Steel Chemicals
62860 Collection Center Drive
Chicago, IL 60693-0628


KAD Industrial Rubber Products
115 Quigley Boulevard
New Castle, DE 19720


Labelmaster
P.O. Box 46402
Chicago, IL 60646


Lantech
11000 Bluegrass Parkway
Louisville, KY 40299-2399

Lester H. Brenner, Inc.
1412 Whalley Ave.
New Haven, CT 06515


Liberty Mutual Insurance Group
PO Box 7247-0109
Philadelphia, PA 19170-0109


Liberty Power - 8444
1901 W. Cypress Creek Rd
Suite 600
Ft Lauderdale, FL 33309


M D Stetson Company
92 York Avenue
Randolph, MA 02368


Macarthur Mortgage &
Invest. Co.
22 Hilltop Drive
Madison, CT 06443


Maitav Products
865 Elm St.
New Haven, CT 06511


Mann Chemical, LLC
3134 Post Rd.
8-12  12:30-2:30
Warwick, RI 02886


Marcum LLP
555 Long Wharf Drive, 12th FL
New Haven, CT 06511


Matson-Charlton Surety Group
700 South Dixie Highway
Suite 100
Coral Gables, FL 33146


Micro Motion, Inc.
C/O Pond Technical Sales
174 North Plains Industrial Rd
Wallingford, CT 06492

Midstate Radiology Assoc LLC
101 N. Plains IND Rd 1A
Wallingford, CT 06492


Milford Barrel Co. Inc.
100 Warwick St.
New Haven, CT 06513


Milford Barrel Container
Services, LLC
100 Warwick Street
New Haven, CT 06513


Mobile Tank Inspection
P.O. Box 120
Neptune, NJ 07753


Morton Salt
123 North Wacker Drive
Chicago, IL 60606


N.E. Teamsters &
Trucking Ind. Pension Fund
1 Wall St
Burlington, MA 01803-4768


NAPA Auto Parts
PO Box 2208
Decatur, AL 35609-2208


National Assoc Of Chemical
Distributors
Client ID 500003
Suite 1100
Arlington, VA 22209


New England Machinery, Inc
P.O. Box 20299
Brradenton, FL 34204-0299


New Haven Register
40 Sargent Dr.
New Haven, CT 06511

New Haven Tax Collector
Maurine Villani
165 Church Street
New Haven, CT 06510


New Haven WIndustrial Company
2785 State Street
Hamen, CT 06517


New Jersey Dept. of Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08646-0417


New Penn Motor Express
24801 Network Pl
Chicago, IL 60673


New York State Sales Tax
P.O. Box 1913
Albany, NY 12201


Norfalco, Inc.
P.O. Box 636150
Cincinnati, OH 45263-6150


NSF International
Dept. Lockbox #771380
PO Box 77000
Detroit, MI 48277-1380


NYS Corporation Tax
Processing Unit
P.O. Box 1909
Albany, NY 12201-1909


Occidental Chemical Corporatio
5005 LBJ Freeway, 17th FL
Dallas, TX 75380


Occupational Health-Concentra
P.O. Box 8960
Elkridge, MD 21075

Old Dominion Freight Line, Inc
PO Box 415202
Boston, MA 02241-5202


Olin Corporation
Bank of America Bx 402766
6000 Feldwood Rd.
Atlanta, GA 30349


Orange Fence & Supply
PO Box 818
Orange, CT 06477


Oxford Health Plans
P.O. Box 1697
Newark, NJ 07101-1697


PA Department of Revenue
PO Box 280425
Harrisburg, PA 17128-0425


PaceSetter Construction
11 Business Park Dr
Branford, CT 06405


Parkview Service Station
1585 State St.
New Haven, CT 06511


Paul C. Montano
220 Millbrook Rd
North Haven, CT 06473


Payless Auto Glass
P.O. Box 418884
Boston, MA 02241-8884


Phoenix Products Companies
55 Container drive
Terryville, CT 06786

Port Security Services
PO Box 9166
New Haven, CT 06532


Porto's Tire Service
2490 State St
Hamden, CT 06517


Powell Fabrication & Mfg., Inc
740 East Monroe Rd.
St. Louis, MI 48880


Progressive Scale Systems
P.O. Box 587
Bethel, CT 06801


Quad Chemical
1008 Old Virginia Beach Road
Suite 500
VirBeach, VA 23451


R.B. Birge Company
P.O. Box 150400
Hartford, CT 06115-0400


Ralph's Alarm Service
121 Vista Dr
East Haven, CT 06512


Reagent Chemical
PO Box 416228
Boston, MA 02241-6228


Regional Water Authority
PO Box 981102
Boston, MA 02298-1102


Regional Water Authority
211400007
PO Box 981102
Boston, MA 02298-1102

Reliable Scales & Systems, LLC
150 Village Street
Bristol, CT 06010


Rhode Island Divison
of Taxation
Dept #88 - PO Box 9702
Providence, RI 02908-5802


RIST TRANSPORT, LTD
369 BOSTWICK RD.
PHELPS, NY 14532


Roberts Chemical Co., Inc.
330-B Victor Road
Attleboro, MA 02703


RT Forbes Company, Inc.
1 Lummus Avenue
P.O. Box 209
Danvers, MA 01923


Ryder - IL
P.O. Box 96723
Chicago, IL 60693-6723


Scales Industrial Tech.
339 Clark Street
PO Box 820
Milldale, CT 06467


Severance Trucking Co., Inc.
49 McGrath Rd.
Dracut, MA 01826


Shelco Filters
100 Bradley Street
Middletown, CT 06457-1513


Shell Oil Company
P.O. Box 183019
Columbus, OH 43218-3019

Shrink Packaging Systems
P.O. Box 845454
Boston, MA 02284-5454


Shrink Packaging Systems Corp.
155 Commerce Way
Portsmouth, NH 03801


Siegel, O'Connor, O'Donnell &
Beck PC
150 Trumbull Street
Hartford, CT 06103


Snyder Industries
PO Box 951181
Cleveland, OH 44193


Solvay Products
Nafta Factoring
23424 Network Place
Chicago, IL 60673-1234


Springfield Tape and Label
430 St. James Avenue
Springfield, MA 01109


Starlift Equipment Co., Inc.
PO Box 1785
South Hackensack, NJ 07606-1785


State of Connecticut
Dept Of Construction
Bureau of Boilers
1111 Country Club Road
Middletown, CT 06457


State Of Connecticut
Dept. Of Labor    Dept 417329
P.O. Box 2905
Hartford, CT 06104-2905


State of Connecticut, Dept. of
Economic and Community Dev.
Commissioner
505 Hudson Street
Hartford, CT 06106

Stonehenge Capital Fund
Connecticut II LLC
Charles E. Haberkorn
6 Landmark Square, 4th FL
Stamford, CT 06901


Stonehenge Capital Fund
Connecticut III LLC
Charles E. haberkorn
6 Landmark Square, 4th FL
Stamford, CT 06901


Superior Spring & Mfg. Co.
2300 State St.
Hamden, CT 06514


TCF Equipment Finance, Inc.
11100 Wayzata Blvd
Suite 801
Minnetonka, MN 55305


Teamsters Local 443
Daniel Flanagan
200 Wallace Street
New Haven, CT 06511


TEK Mahoney Fittings
PO Box 1755
Zachary, LA 70791


The Eagle Leasing Company
PO Box 923
Orange, CT 06477-0923


The Orthopaedic Group LLC
199 Whitney Avenue
New Haven, CT 06511


Thomas S. Ross
President & Director
126 North Shore Road
Spofford, NH 03462


TopTier
10315 SE Jennifer St
Clackamas, OR 97015

Total Communications
333 Burnham St.
East Hartford, CT 06108


Tradebe Enviromental
Services, LLC
PO Box 845033
Boston, MA 02284-5033


Transport Resources
400 Highway 34, Suite A
Matawan, NJ 07747


Transportation Local 443
Health Services & Ins. Plan
P.O. Box 1710
New Haven, CT 06507


Truck Center - North Haven
120 Universal Drive
North Haven, CT 06473


Turtle & Hughes
1900 Lower Rd
Linden, NJ 07036


U.S. Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448


ULine
P.O. Box 88741
Chicago, IL 60680-1741


Unicorr Packaging Group
4282 Paysphere Circle
Chicago, IL 60674


United Illuminating Co. - 3625
P.O. Box 9230
Chelsea, MA 02150

United Illuminating Co. - 5835
PO Box 9230
Chelsea, MA 02150-9230


United Mineral & Chemical
1050 Wall Steet West, Ste 660
Lyndhurst, NJ 07071


Van Blarcom Closures, Inc.
156 Sandford Street
Brooklyn, NY 11205


Veckridge Chemical
60-70 Central Ave.
So. Kearny, NJ 07032


Verizon Wireless - 00001
P.O. Box 15062
Albany, NY 12212-5062


Vitusa Products, Inc.
343 Snyder Avenue
Berkeley Heights, NJ 07922


W.B. Mason Company, Inc.
P.O. Box 981101
Boston, MA 02298-1101


White Way
PO Box 6081
Wallingford, CT 06492


Woodward & Curren
PO Box 414615
Boston, MA 02241-4615


Yale New Haven Hospital
Oc. Health
PO BOX 417654
Boston, MA 02241-7654

# United States Bankruptcy Court
## District of Connecticut

In re    **H. Krevit and Company, Incorporated**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **H. Krevit and Company, Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 19, 2015**

Date

**/s/ Barry S. Feigenbaum**

**Barry S. Feigenbaum CT-06605**

Signature of Attorney or Litigant

Counsel for   **H. Krevit and Company, Incorporated**

**Rogin Nassau LLC**

**CityPlace I, 22nd Floor**
**185 Asylum Street**
**Hartford, CT 06103-3460**
**860-278-7480 Fax:860-278-2179**
**bfeigenbaum@roginlaw.com**