**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ************************************ | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|    H. Krevit and Company, Incorporated | : | |
| | : | CHAPTER 11 |
|                     DEBTOR | : | |
| | : | |
|    (Employer's ID # -8460) | : | CASE NO. |
| ************************************ | | |

**STATEMENT PURSUANT TO LOCAL RULE OF BANKRUPTCY 1007-1(c)**

In accordance with local rule 1007-1(c), the Debtor, H. Krevit and Company, Incorporated hereby files this description of assets.

The Debtor is located in New Haven, Connecticut. The Debtor's balance sheet as of October 31, 2015 shows assets of $18,273,880.35 and liabilities of $21,796,850.05. The assets consist of equipment, accounts receivable and inventory.

The Debtor's assets are subject to a lien in favor of AJM Industries LLC, which is owed approximately $20,527,325.00. In a subordinate position is Enhanced Capital Connecticut Fund I, LLC, Enhanced Capital Connecticut Fund II, LLC, Enhanced Capital Connecticut Fund III, LLC, Karter Capital Advisors, LLC, Stonehenge Capital Fund Connecticut, II LLC and Stonehenge Capital Fund Connecticut, III LLC, which are owed approximately $5,970,128.000, and the State of Connecticut, Department of Economic and Community Development which is owed approximately $2,750,000. In addition, the United States Internal Revenue Service has a tax lien in the approximate amount of $449,397.27.

In addition, the Debtor leases equipment from various leasing companies.

Dated at Hartford, Connecticut, this 19th day of November, 2015.

          H. Krevit and Company, Incorporated

By   /s/ Barry S. Feigenbaum
      Barry S. Feigenbaum
      Fed. Bar No. ct06605
      bfeigenbaum@roginlaw.com
      Matthew T. Wax-Krell
      Fed. Bar No. ct26905
      mwax-krell@roginlaw.com
      Rogin Nassau LLC
      Its Attorneys