| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening AR | 1,537,823 | 1,482,357 | 1,472,103 | 1,462,289 | 1,452,475 | 1,442,661 | 1,432,847 | 1,432,847 | 1,432,847 | 1,432,847 | 1,432,847 | 1,432,847 | 1,432,847 | |
| Sales | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | |
| Collections | 288,024 | 242,813 | 242,372 | 242,372 | 242,372 | 242,372 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | **Days AR** |
| Ending AR | 1,482,357 | 1,472,103 | 1,462,289 | 1,452,475 | 1,442,661 | 1,432,847 | 1,432,847 | 1,432,847 | 1,432,847 | 1,432,847 | 1,432,847 | 1,432,847 | 1,432,847 | **43.58** |

| | prepetition | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 11/20/2015 | 11/27/2015 | 12/4/2015 | 12/11/2015 | 12/18/2015 | 12/25/2015 | 1/1/2016 | 1/8/2016 | 1/15/2016 | 1/22/2016 | 1/29/2016 | 2/5/2016 | 2/12/2016 | |
| **BUDGET** | | | | | | | | | | | | | | | |
| **Cash Sources** | | | | | | | | | | | | | | | |
| A/R Cash Receipts (Incl CC) | | 288,024 | 242,813 | 242,372 | 242,372 | 242,372 | 242,372 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 3,128,232 |
| Credit Card Cash Receipts | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Transfer | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Advances from Revolver** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Advances from DIP Revolver** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL CASH SOURCES** | | 288,024 | 242,813 | 242,372 | 242,372 | 242,372 | 242,372 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 232,558 | 3,128,232 |
| **Cash Uses** | | | | | | | | | | | | | | | |
| Payroll & Benefits | | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 728,000 |
| Payroll Taxes | | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 403,000 |
| Union Health and Pension | | - | 106,000 | - | 106,000 | - | - | - | 106,000 | - | - | - | 106,000 | - | 424,000 |
| Non Union Health Plan | | - | - | 17,000 | - | - | - | 17,000 | - | - | - | - | 17,000 | - | 51,000 |
| Temporary Direct Labor | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Temporary Accounting Staff | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 78,000 |
| 401K | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 26,000 |
| Manufacturing Material Purchases | | 72,000 | 72,000 | 72,000 | 72,000 | 72,000 | 72,000 | 81,000 | 81,000 | 81,000 | 81,000 | 81,000 | 81,000 | 81,000 | 999,000 |
| Truck and Trailer Leasing | | - | - | 17,400 | - | - | - | 17,400 | - | - | - | - | 17,400 | - | 52,200 |
| Truck Repair | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 33,000 |
| Common Carrier Delivery | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 53,000 |
| Delivery and Fuel | | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 112,000 |
| Operating Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Selling & Administrative | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 78,000 |
| Sales Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commission | | - | - | - | - | 10,000 | - | - | - | 10,000 | - | - | 10,000 | - | 30,000 |
| Capital Expenditures | | - | - | 10,000 | - | - | 10,000 | - | - | - | - | 10,000 | - | - | 30,000 |
| Insurance | | - | - | 80,000 | - | - | - | 80,000 | - | - | - | 80,000 | - | - | 240,000 |
| Repairs & Maintenance | | 14,000 | - | 14,000 | - | 14,000 | - | 14,000 | - | 16,000 | - | 16,000 | - | 16,000 | 104,000 |
| Rent | | - | - | 35,950 | - | - | - | 35,950 | - | - | - | - | 28,950 | - | 100,850 |
| Utilities: Electricity, Gas, & Telecom | | - | - | - | 152,000 | - | - | - | 152,000 | - | - | - | 17,000 | 135,000 | 456,000 |
| Utility Deposit | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property Taxes | | - | - | - | - | 18,000 | - | 40,000 | - | - | - | - | - | - | 58,000 |
| Interest, Fees & Expenses | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Shipping Supplies | | 6,000 | - | - | - | 6,000 | - | - | - | - | 6,000 | - | - | - | 18,000 |
| | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Revolver Payoff** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **DIP Revolver Paydown** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Contingency | | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | 105,000 |
| **TOTAL DISBURSEMENTS** | | 220,000 | 291,000 | 374,350 | 443,000 | 248,000 | 195,000 | 419,350 | 458,000 | 241,000 | 206,000 | 321,000 | 396,350 | 366,000 | 4,179,050 |
| **Net Cash Flow** | | 68,024 | (48,187) | (131,978) | (200,628) | (5,628) | 47,372 | (186,792) | (225,442) | (8,442) | 26,558 | (88,442) | (163,792) | (133,442) | (1,050,818) |
| **Beginning Cash Position** | | 325,029 | 393,053 | 344,866 | 212,888 | 12,260 | 6,632 | 54,004 | (132,787) | (358,229) | (366,671) | (340,113) | (428,555) | (592,347) | |
| **Ending Cash Position** | 325,029 | 393,053 | 344,866 | 212,888 | 12,260 | 6,632 | 54,004 | (132,787) | (358,229) | (366,671) | (340,113) | (428,555) | (592,347) | (725,789) | |