**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|    H. Krevit and Company, Incorporated | : | |
| | : | CHAPTER 11 |
|             DEBTOR | : | |
| | : | |
|    (Employer ID # -8460) | : | CASE NO. |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|    GreenChlor, Inc. | : | |
| | : | CHAPTER 11 |
|             DEBTOR | : | |
| | : | |
|    (Employer ID # -3264) | : | CASE NO. |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|    GCTR Realty, LLC | : | |
| | : | CHAPTER 11 |
|             DEBTOR | : | |
| | : | |
|    (Employer ID # -8263) | : | CASE NO. |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|    HKC Trucking, LLC | : | |
| | : | CHAPTER 11 |
|             DEBTOR | : | |
| | : | |
|    (Employer ID # -0125) | : | CASE NO. |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | |

## APPLICATION FOR JOINT ADMINISTRATION

   TO:   THE HONORABLE JULIE A. MANNING
           CHIEF UNITED STATES BANKRUPTCY JUDGE

   The application of the above Debtors, pursuant to Federal Rules of Bankruptcy Procedure

Rule 1015(b), respectfully represents:

1.      On November 19, 2015, the above-captioned Debtors filed petitions under

Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of

Connecticut. The Debtors continue to operate their businesses and properties pursuant to

Bankruptcy Code Sections 1107 and 1108. An official committee of unsecured creditors has not

yet been appointed.

2.      The Debtor H. Krevit and Company, Incorporated ("Krevit")  is a manufacturer

and distributor of various inorganic chemicals, including sodium hypochlorite (bleach),

hydrochloric acid, and sodium hydroxide (caustic soda).  Krevit's products are used in water

treatment and industrial applications. Krevit's customers include industrial users, municipalities

and retailers.  Krevit was established in 1919 and is the oldest manufacturer of sodium

hypochlorite in the United States.

3.      The Debtor GreenChlor, Inc. ("GreenChlor") is the owner and operator of a chlor-

alkali manufacturing facility in New Haven, Connecticut which, using salt water and electricity,

manufactures sodium hypochlorite (bleach), hydrochloric acid and sodium hydroxide (caustic

soda).  Krevit owns 80% of the outstanding capital stock of GreenChlor and is the sole customer

for the Debtor's production.

4.      The Debtor GCTR Realty, LLC ("GCTR") owns the real property located at 71-

73 Welton Street, New Haven, Connecticut.  GreenChlor operates its business at the property.

GCRT Realty is owned by Thomas S. Ross, who is the President of all of the Debtors, and a

shareholder of both Krevit and GreenChlor.

5.      The Debtor HKC Trucking, LLC ("HKC Trucking") is the owner of a fleet of

Volvo tractors (the "Vehicles") which are used by Krevit in the operation of Krevit's business.

HKC Trucking has no other assets and Krevit is the sole user of the Vehicles.  Mr. Ross and

Donald DeChello are the members of HKC Trucking.  Mr. DeChello is a director, officer and

employee of Krevit.

6.      As detailed in the Debtors' Motion for Preliminary and Final Order Authorizing

Debtors in Possession to Obtain Credit and Granting Adequate Protection to ACM Business

Solutions, LLC each of the Debtors is jointly and severally liable on the same debt to their

primary secured lender.

7.      Each of the Debtors' books and records are maintained by the same accounting

staff and have in the past reported their financial condition on audited consolidated financial

statements.

8.      The Debtors share the same team of management, lawyers, investment bankers

and accountants.

9.      The Debtors operate as a consolidated business enterprise to manufacture,

distribute and sell inorganic chemicals.

10.     Virtually all of the issues pertaining to one of the Debtors pertain to all of them.

11.     Joint administration of these estates will be less expensive and more efficient than

separate administration because common administrative issues and motions will predominate.

Joint administration will not impair the substantive rights of creditors.  Accordingly, the Debtors'

estates should be jointly administered.

12.     No prior motion for the relief herein requested has been filed in these cases.

**WHEREFORE**, Krevit, GreenChlor, GTCR and Trucking. request that these cases be

jointly administered and that the Court enter such other orders as it shall deem proper.

Dated at Hartford, Connecticut, this 19th day of November, 2015.

> H. Krevit and Company, Incorporated
> GreenChlor, Inc.
> GCTR Realty, LLC
> HKC Trucking, LLC
>
>
> By___/s/ Barry S. Feigenbaum_____
>     Barry S. Feigenbaum
>     Fed. Bar No. ct06605
>     bfeigenbaum@roginlaw.com
>     Matthew T. Wax-Krell
>     Fed. Bar No. ct26905
>     mwax-krell@roginlaw.com
>     Rogin Nassau LLC
>     Its Attorneys