UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

**In re:**

                                                                              **Chapter 11**

**H. KREVITZ AND COMPANY,
INCORPORATED, ET. AL.**                         **Case Nos. 15-31904
                                                                                       through 15-31907(JAM)
                                                                                       (Jointly Administered)**

                 **Debtors.**

_____

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtors[1], which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors:

**CONVE AVS VEGA MESA, LLC**
c/o Alberto Gonzales, Director
10691 N. Kendall Drive, Suite 304
Miami, FL 33176
Telephone: (305) 412-9828
Email: agonzalez@conveavs.com

**OLIN CHLOR ALKALI PRODUCTS DIVISION**
c/o Timothy S. Ponsler, Vice President, Financial Officer
490 Stuart Road, NE
Cleveland, TN 37312
Telephone: (423) 336-4810
Email:   TSPonsler@olin.com

**CHEMICAL INTERCHANGE CO.**
c/o Randall S. Moore, President
2932 South Brentwood Blvd.
St. Louis, MO 63144
Telephone: (314) 962-9002
Email: rsm@chemicalinterchange.com

**EPST-EPS TECHNOLOGY**
c/o Sean Miller, Office Manager
29 North Plains Highway, Suite 12
Wallingford, CT 06492
Telephone: (203) 679-0145
Email: s.miller@eps-technology.com

---

[1] H. Krevit and Company, Incorporated, Case No. 15-31904, Greenchlor, Inc., Case No. 15-31905, GCTR Realty, LLC, Case No. 15-31906, and HKC Trucking, LLC, Case No. 15-31907.

**HAMILTON CONNECTIONS, INC**.
c/o Anthony P. Bellucci, Vice President
2572 Whitney Avenue
Hamden, CT 06518
Telephone: (203) 287-2870
Email: anthony@hamiltonconnection.com

Dated:  December 2, 2015  Respectfully submitted,
New Haven, Connecticut

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:  /s/ *Kim L. McCabe*
Kim L. McCabe ct 23661
Assistant United States Trustee
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT   06510
Telephone: (203)773-2210
Email: Kim.McCabe@usdoj.gov