## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Chapter 11 |
| H. Krevit and Company, Incorporated, *et al.* | Case No. 15-31904 (JAM) |
| Debtor. | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Finn Dixon & Herling LLP hereby enters its appearance, pursuant to section 1109(b) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), on behalf of the Official Committee of Unsecured Creditors (the "**Committee**"). Such attorney hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following at the address, facsimile number, or electronic mail address set forth below:

Henry P. Baer, Jr. (ct27781)
**FINN DIXON & HERLING LLP**
177 Broad Street
Stamford, CT 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E:mail: hbaer@fdh.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or

otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: December 7, 2015

**FINN DIXON & HERLING LLP**

    /s/ *Henry P. Baer, Jr.*
Henry P. Baer, Jr. (ct27781)
177 Broad Street
Stamford, CT 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E-mail: hbaer@fdh.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

{02163142; 2; 9000-20 }

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Notice of Appearance and Demand for Notices and Service of Papers concerning the above-captioned chapter 11 case was served via the Court's electronic CM/ECF system on December 7, 2015 on all parties and/or counsel of record.

Dated at Stamford, Connecticut, this 7th day of December, 2015

/s/ Henry P. Baer, Jr.
Henry P. Baer, Jr.

{02163142; 2; 9000-20 }